UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| QUALCOMM INCORPORATED. | |
| Defendant. | |

CIVIL ACTION NO. 6:15-CV-692

## ORDER

Before the Court is Plaintiff DSS Technology Management, Inc. ("DSS") and Defendant Qualcomm Incorporated's ("Qalcomm") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 69.) The parties have resolved Plaintiff DSS's claims for relief against Defendant Qualcomm and Defendant Qualcomm's claims and defenses against Plaintiff DSS asserted in the above-captioned case. Pursuant to Fed. R. Civ. P. 41(a)(2), the parties request that the Court dismiss Plaintiff DSS's claims for relief against Defendant Qualcomm with prejudice and Defendant Qualcomm's claims and defenses against Plaintiff DSS with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff DSS's claims for relief against Defendant Qualcomm in the above-captioned case are **DISMISSED WITH PREJUDICE** and Defendant Qualcomm's claims and defenses against Plaintiff DSS in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own attorneys' fees, costs and expenses. All pending motions before the Court in the above-captioned case are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED TO CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 16th day of January, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE